# NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of:

**Case Name** Paul Leon and Eva Marie Thompson

**Case No.**  12-40708-13          **Related Adversary Case No.**

Check Appropriate Role Of Party The Address Change Will Affect:
 X   Debtor         __  Creditor

<u>Paul Leon and Eva Marie Thompson</u>
**Name Of Party - (type or print)**

Old Address Information:

<u>1211 SW Harvey St Apt D</u>
***Old*** Street Address, Rural Route or Post Office Box - (type or print)

<u>Topeka, KS 66604</u>
***Old*** City, State and Zip Code - (type or print)

## New Address Information:

<u>3622 SE Pinecrest Court</u>
***New -*** Street Address, Rural Route or Post Office Box - (type or print)

| <u>Topeka</u> | <u>Shawnee</u> | <u>KS</u> | <u>66605</u> |
|---|---|---|---|
| ***New*** - City | County | State | Zip Code - (type or print) |

Dated:   08/20/2014          /s/ Adam M. Mack
                              Signature of Person Authorizing Address Change


                              Signature of Joint Debtor, if applicable


### INSTRUCTIONS

This form must be electronically filed by authorized ECF Filers. All other parties must complete the form and cause it to be mailed or delivered to the appropriate Bankruptcy Clerk's Office:

| Bankruptcy Clerk's Office | Bankruptcy Clerk's Office | Bankruptcy Clerk's Office |
|---|---|---|
| 401 N. Market Rm 167 | 500 State Ave Rm 161 | 444 SE Quincy Rm 240 |
| Wichita KS 67202 | Kansas City KS 66101 | Topeka KS 66683 |

Revised 05/30/08